UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY WIGGINS,                      )
                                      )
                Plaintiff,            )
                                      )        **JUDGMENT IN A CIVIL CASE**
        v.                            )
                                      )        **CASE NO. 5:18-CV-378-D**
ANDREW M. SAUL, Commissioner of Social )
Security,                             )
                Defendant.            )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's
objections to the M&R [D.E. 23], DENIES plaintiff's motion for judgment on the pleadings [D.E.
16], GRANTS defendant's motion for judgment on the pleadings [D.E. 18], AFFIRMS
defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on June 25, 2019, and Copies To:**
Laura Beth Waller                        (via CM/ECF electronic notification)
Jamie D.C. Dixon                         (via CM/ECF electronic notification)

DATE:                          PETER A. MOORE, JR., CLERK
June 25, 2019                  (By) /s/ Nicole Sellers_____
                                    Deputy Clerk